IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Leach, Mark A

Printed: 1/29/08

Case Number:  07 B 14054
Judge:  Hollis, Pamela S
Filed:  8/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,393.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 1,055.89 | 0.00 |
| 3. | Nicor Gas | Unsecured | 3,328.63 | 0.00 |
| 4. | Internal Revenue Service | Priority |  | No Claim Filed |
| 5. | Collection | Unsecured |  | No Claim Filed |
| 6. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 8. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,777.52 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

